STATE OF NEW JERSEY v. LEROY TERRELL.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT HUBBARD.

May 29, 1973. Petition for certification denied. (See 123 *N. J. Super.* 345)

STATE OF NEW JERSEY v. IGNACIO LOPEZ.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. ROBERT THOMAS.

May 29, 1973. Petition for certification denied.

PRESBYTERIAN CHURCH OF TENAFLY v. BOROUGH OF TENAFLY.

May 29, 1973. Petition for certification denied.

STATE OF NEW JERSEY v. IZELL ARLINE.

May 29, 1973. Petition for certification denied.